**DISMISS and Opinion Filed June 22, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00566-CV

**THE COMMUNICATION COUNSEL OF AMERICA, INC., Appellant**
**V.**
**DAVID DAY, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14413**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

We reinstate this appeal. We abated this appeal in 2019 due to bankruptcy.

*See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal

Public Access to Court Electronic Records (PACER) system which does not show a

pending bankruptcy case associated with this appeal.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b), (c). To

date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190566F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE COMMUNICATION
COUNSEL OF AMERICA, INC.,
Appellant

No. 05-19-00566-CV     V.

DAVID DAY, Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-16-14413.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered June 22, 2022